NOV 2 2020 PM 2:12
FILED-USDC-CT-HARTFORD

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FROLOVA MARINA M.
,
　　　　　　　Plaintiff,

v.

Case No. 3:20-cv-01651-VLB
(To be supplied by the Court)

KAMAN PRECISION PRODUCTS DIVISION
,
　　　　　　　Defendant(s).

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1.　　Plaintiff resides at the following location: 391 ADAMS ST. APT. 12

MANCHESTER, CT 06042

2.　　Defendant(s) reside(s) at the following location [Attach additional sheets if more space is required]: 217 SMITH ST, MIDDLETOWN, CT 06457

3.　　This action is brought pursuant to [Check all spaces that apply to the type of claim(s) you wish to assert against the Defendant(s)]:

☐　　Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e-5(f). Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g) and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

☐　　Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq., for employment discrimination based upon age. Jurisdiction is alleged pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343. Equitable and other relief is sought under 29 U.S.C. §§ 626(b) and (c) or §§ 633a(b) and (c).

　　　　My Year of Birth is: _____.

☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

☒ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g). ɪd.

4. The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

(A) ☐ Failure to hire me. I was refused a job on the following date(s): _____

(B) ☒ Termination of my employment. I was terminated from my employment on the following date: 08/21/2020 .

(C) ☐ Failure to promote me. I was refused a promotion on the following date(s): _____

(D) ☒ Other acts as specified below: _____
KAMAN PRECISION PRODUCTS THROUGH LIFE INSURANCE COMPANY RELIANCE STANDART DENIED MY CLAIM FOR LONG TERM DISABILITY.

5. The conduct of the Defendant(s) was discriminatory because it was based upon: race [☐], color [☐], religion [☐], sex [☐], age [☐], national origin [☐] or disability [☒]. [Please check all applicable bases for your claim of discrimination and explain further, if necessary]: UNAVAILABLE TO WORK - SHORT TERM DISABILITY EXHAUSTED AT 07/08/20, LONG TERM DISABILITY WAS DENIED AT 07/02/2020, JOB TERMINATION AT 08/21/2020

6. The facts surrounding my claim of employment discrimination are as follows [Attach additional sheets, if necessary]:

PRE-EXISTING HISTORY. I HAD MACULAR HOLE DEGENERATION DIAGNOSTED SINCE 2015, HAVE BEEN WORKING FOR 5 YEARS WITH ONE EYE VISION, AS AN ACCOUNTING AND THEN AT KAMAN KPP AS QUALITY INSPECTOR PART 1. IN SEPTEMBER 2019 AFTER ROTATION PROCEDURE THE QUALITY MANAGER CHANGED MY JOB TO VISION INSPECTOR, WHERE I HAD TO PUT MY VISION UNDER VERY HIGH PRESSURE AND CONCENTRATION FOR 45-50 HOURS A WEEK. I DID APPLY FOR TWO OTHER JOBS IN QUALITY DEPARTMENT - MY APPLICATIONS WERE DINED.
SEE ATTACHED EXT. #1

7. The approximate number of persons who are employed by the Defendant employer I am suing is: 2 .

8. The alleged discrimination occurred on or about the following date(s) or time period: 08/21/20 .

9. I filed charges with the:

☐ Equal Employment Opportunity Commission

☐ Connecticut Commission on Human Rights and Opportunities

10. The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter **(copy attached)**, which I received on or about the following date: ___N/A___.

[**NOTE:** If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of the Notice of Right to Sue letter for this Court to consider your claim(s). Failure to do so may result in delaying consideration of your claim(s).]

11. The EEOC or the CHRO determined that there was no probable cause to believe that discrimination occurred. My reasons for questioning that determination are as follows [Attach additional sheets, if necessary]: ___N/A___

12. If relief is not granted, I will be irreparably denied rights secured under the law(s) referred to in Item Number 3, above.

13. WHEREFORE, Plaintiff(s) pray(s) that: The Court grant such relief as may be deemed appropriate, including [**NOTE:** While all of the forms of relief listed below may not be available in a particular action, you should place a check next to each form of relief you seek.):

☐ Injunctive orders (specify the type of injunctive relief sought): _____

☐ Backpay;

4

☐  Reinstatement to my former position;

☒  Monetary damages (specify the type(s) of monetary damages sought):

WORKING COMPENSATION , MEDICAL INSURANCE                                                   ;

☒  Other (specify the nature of any additional relief sought, not otherwise

provided for on this form):   LONG TERM DISABILITY AS I HAD A POLICY

No LTD127997  WHEN I WAS EMPLOYED.                                                                     ;

AND costs and attorneys' fees.

## JURY DEMAND

I hereby   DO ☐   DO NOT ☒  demand a trial by jury.

_____          *[signature]*
Original signature of attorney (if any)            **Plaintiff's Original Signature**

|                                    | FROLOVA MARINA M.                          |
| ---------------------------------- | ------------------------------------------ |
| Printed Name and address           | Printed Name and address                   |
|                                    | 391-12 ADAMS ST, MANCHESTER , CT           |
|                                    | 06042                                      |

( )                                                (860) 803-0494
Attorney's telephone                               Plaintiff's telephone

                                                   frolovamm@gmail.com
Email address if available                         Email address if available

Dated:   10.29.2020

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  HARTFORD, CT  on  10.29.2020  .
  (location)        (date)

*[signature]*

**Plaintiff's Original Signature**

(Rev. 3/23/16)