EXT. # 1.

I HAD AWARED MY TEAM LEADER, SUPERVISOR AND QUALITY MANAGER THAT THE AMOUNT OF WORK IN THAT DEPARTMENT SHOULD BE DONE BY TWO PEOPLE AS IT WAS BEFORE ME, THAT THE VISION INSPECTION UNDER TIME PREASURE IS STRESSFULL AND MAY CAUSE THE HEALTH PROBLEM. I PROVIDED TO HR AND QUALITY DEPARTMENT SUPERVISERS MY OPHTALMOLOGIST STATEMENT ABOUT MY VISION CONDITION, BUT THEY REFUSED TO CHANGE MY JOB LOCATION.

AFTER 2 MONTHS OF WORK WITH STRESS AND PREASURE AT MY JOB IN JANUARY 14, 2020 MY VISION WAS DIAGNOSTED AS 20/50 WHAT IS LOW FOR INSPECTION REQUIREMENT LIMIT 20/30. (**EXT. 2**) I COULD NOT PERFORM THE FINE DETAILED WORK WELL AND HAD TO APPLY FOR SHORT TERM DISABILITY FOR CATARACT SURGERY PROCEDURE. (**EXT. 3**)

DR. RON MARGOLIS WAS PERFORMING THE OBSERVATION OF MY RETINA CONDITION, WARNED ME THAT THE PROBLEM WITH ANESTHESIA DURING THE SURGERY MAY HAPPENED AGAIN AS IT WAS HAPPENED TWO TIMES BEFORE (**EXT. 4** ) AND MAY CAUSE THE BLINDNESS TO THE GOOD EYE. DOCTOR ADVISED TO RETRAIN FROM THE SURGERY AS POSSIBLE.

AFTER SIX MONTHS OF DOCTOR'S OBSERVATION I APPLYED FOR LONG TERM DISABILITY SINCE MY VISION CONDITION IS NOT GOOD ENOUGH FOR INSPECTION WORK. WE PROVIDED ALL THE REQUIRED PAPERS TO LIFE INSURANCE COMPANY **RELIANCE STANDARD** BUT THEY INCLUDED IN CLAIM HISTORY ONLY RIGHT EYE MACULAR HOLE AND DIDN'T EVEN TAKE IN CONSIDERATION THE CATARACT DAMAGE FOR THE LEFT EYE. MY CLAIM WAS DENIED AT 07/02/2020. (**EXT.5**)

MONTH LATER AT AUGUST 21, 2020 MY EMPLOYMENT AT KAMAN KPP WAS TERMINATED AS UNAVAILABLE FOR WORK – STD EXHAUSTED. (**EXT.6**)

MY UNEMPLOYMENT BENEFITS WAS DENIED AT 09/15/2020 BECAUSE OF MY MEDICAL CONDITION. (**EXT.7**)

MY SSI CLAIM WAS DENIED BECAUSE I HAD SHORT TERM DISABILITY INCOME. (**EXT.8**)

NOW I DO NOT HAVE INCOME, DO NOT HAVE MEDICAL INSURANCE. UNABLE TO PAY FOR DOCTOR'S VISION OBSERVATION AND STILL HAVE THE SAME VISION CONDITION 20/60.

EXT. 2

# RETINA CONSULTANTS, P.C.

Marion Joseph Stoj, M.D. · Jerry Neuwirth, M.D. · Peter H. Judson, M.D. · Michael S. Ruddat, M.D.
Andrew J. Packer, M.D. · Ron Margolis, M.D. · Scott D. Walter, M.D.

Date: 1-14-2020

To Whom it May Concern:

Marina Frolova was evaluated on 1-14-2020.

and may return to work/school on ________ with the following restrictions:

- ☐ No restrictions
- ☐ Half days
- ☐ Part-time
- ☐ No heavy lifting/bending
- ☐ No participation in gym/sports
- ☐ Must wear protective eyewear
- ☐ Other: Patients vision is 20/50 and She has Trouble with any fine Detail work. She will Be filing a Claim for Disability

Please, do not hesitate to contact the office with any questions or concerns.

Sincerely,

Marion J. Stoj, MD
Jerry Neuwirth, MD
Peter H. Judson, MD
Michael S. Ruddat, MD
~~Andrew J. Packer, MD~~
Ron Margolis, MD
~~Scott D. Walter~~, MD

85 Seymour Street, Suite 822, Hartford, CT 06106, Phone: (860) 525-2900, Fax: (860) 241-8112
43 Woodland Street, Suite 100, Hartford, CT 06105, Phone: (860) 527-9020, Fax: (860) 527-4320
191 Main Street, Manchester, CT 06042, Phone: (860) 646-7704, Fax: (860) 647-7340
5 Two Mile Road, Farmington, CT 06032, Phone: (860) 409-7800, Fax: (860) 409-7803
85 Freshwater Blvd., Enfield, CT 06082, Phone: (860) 741-4300, Fax: (860) 741-4302
80 Shunpike Road, Suite 103, Cromwell, CT 06416, Phone: (860) 788-6509, Fax: (860) 788-7079

RELIANCE STANDARD
LIFE INSURANCE COMPANY
A MEMBER OF THE TOKIO MARINE GROUP

2001 Market Street, Suite 1500
Philadelphia, PA 19103
Telephone: (800)351-7500

Date: October 27, 2019

MARINA FROLOVA
391-12 ADAMS STREET

MANCHESTER, CT 06042

Re: Group Policy Number: LTD127997

Dear MARINA FROLOVA,

On behalf of Reliance Standard, I am happy to inform you that I've received your application for Long Term Disability coverage and you have been approved for the following.

| | | |
|---|---|---|
| Employee Non Guaranteed Issue Amount: | $ 2,411 | Effective Date: 27-OCT-19 |

**Please take the time to review your benefit booklet or plan summary for information regarding these policy provisions or limitations. A few items that are important for you to be aware of are outlined below:**

**Life Insurance - amounts may be based on a multiple of earnings that is subject to rounding. Future changes in earnings may require new Evidence of Insurability to be submitted. In addition, amounts may also be subject to automatic reductions based on age and salary cap applied.**

**Dependent Spouse Life – The spouse amount of insurance may be limited to a percentage (50 or 100%) of the Employee's approved amount.**

**Disability - Benefit amounts may be based on a percentage of earnings, as earnings change your benefit will also change.**

If you have questions regarding your policy or information in this notice, please contact our helpful Customer Care Center at 1-800-351-7500 (8 a.m. - 7 p.m., EST Weekdays), Here at Reliance Standard, we pride ourselves on service excellence and are here to guide you through the process.

Thank you for choosing us to protect your assets.

Sincerely,

Medical Underwriting Department

DC: V

EXT. 3 (2)



April 01, 2020

Marina Frolova
391-12 Adams Street
Manchester, CT 06042

frolovamm@gmail.com

Re: Leave Number 4012728

Dear Ms. Frolova:

Matrix Absence Management, Inc. (Matrix) has completed a review of your leave documentation for your own health condition.

This letter tells you the requested days that are approved under the Family and Medical Leave Act (FMLA) and/or state leave entitlements and Short Term Disability (STD). If days are denied, the reason for each denial is given.

**Short Term Disability Benefits:**

You may check the status of your benefit payments, leave status, and verify your personal information, and email your claims examiner by logging onto www.matrixabsence.com. You will need to enter your last name, date of birth, the last four digits of your Social Security number and your home zip code to create an account.

Your leave will run concurrently under any relevant company Leave of Absence Policies, federal FMLA and/or state leave entitlement(s) for which you may be eligible. See your company's leave policy for details.

Approval or denial under the listed policies pertains only to the specific policies listed and does not affect any other benefits for which you may be eligible. If you have additional information that may impact the status of your leave, please provide it to Matrix.

**Here is specific information about your approved leave:**

Provided there is no deviation from your anticipated leave schedule, the following number of weeks will be counted against your FMLA leave entitlement: 12.00 weeks. Additionally, below is a detailed listing of absence dates and their designation under federal, state, or employer-authorized policies:

01/08/2020 - 04/27/2020: Approved, CT Family and Medical Leave
04/28/2020 - 04/28/2020: Pending, CT Family and Medical Leave
04/29/2020 - 07/07/2020: Denied (Exhausted), CT Family and Medical Leave

01/08/2020 - 03/31/2020: Approved, Family and Medical Leave Act
04/01/2020 - 07/07/2020: Denied (Exhausted), Family and Medical Leave Act

Your certification is valid through 04/27/2020. Any time off that is not approved may be applied to Kaman Corporation's attendance policy and may result in disciplinary action up to and including termination.

**Leave Responsibilities/Information**

- If you need to change the dates of your leave, please contact Matrix at least two (2) business days

EXT. 3(3)

prior to the effective date of the change. You may be asked to provide updated medical or other information to support your request prior to the effective date of the change.

- If you return to work within your FMLA entitlement period, you will be reinstated to your former or equivalent position, unless Kaman Corporation is unable to do so for reasons unrelated to the leave.
- Because this leave is for your own illness, you will be required to bring a Health Care Provider's written release indicating that you are eligible to return to work, with or without restrictions. Failure to do so will delay your ability to return to work.
- If you have a disability or impairment that substantially limits one or more major life activities and want to consider a reasonable work accommodation for your return to work, please contact your local Human Resources or Employees Services Department.
- For more details, please refer to the eligibility letter previously sent to you.

While you are not at work, you need to provide a phone number where your company and Matrix can reach you. It is imperative that this contact number be kept current throughout your leave period.

If you have any questions about the leave process, contact your Integrated Claims Examiner at Matrix. If you have questions about the continuation of your benefits or pay during your leave, please contact your local Human Resources or Employees Services Department.

Matrix Absence Management, Inc.
2421 West Peoria Ave, Suite 200
Phoenix, AZ 85029
Confidential Fax: 866-683-9548
Phone: 877-315-9838, Extension 40246
Email: Maria.Gonzalez@Matrixcos.com

Maria Gonzalez, Integrated Claims Director
Matrix Absence Management, Inc. on behalf of
Kaman Corporation

Enclosed:
Employee Instructions for Reporting Intermittent Time Off of Work (if applicable)

EXT. 4 (i)-A

# DOCTOR'S STATEMENT

Please complete and return by fax to 866-683-9548 Attn: Maria Gonzalez

PATIENT: Marina Frolova

PRIMARY DIAGNOSIS: Macular hole in the right eye - s/p repair 3 years ago by Dr. Dobrow

CONCURRENT CONDITIONS:

OBJECTIVE FINDINGS: Macular scars from previous surgery/repair with Dr. Dobrow

WHAT SYMPTOMS HAVE YOU OBSERVED WHICH PRECLUDE THIS PATIENT FROM WORKING? **PLEASE BE SPECIFIC.** Decreased vision causing patient to have trouble with fine detailed work

IS THE PATIENT EXPERIENCING ANY POST OPERATIVE COMPLICATIONS? yes

IF YES, PLEASE DESCRIBE THEM IN DETAIL: scarring

WHAT IS THE CURRENT TREATMENT PLAN? **PLEASE BE SPECIFIC.** observation, patient advised to refrain from cataract surgery. Patient is monoocular.

IS THE PATIENT STILL UNDER YOUR CARE? YES [X] NO [ ]

HOW OFTEN IS THE PATIENT EVALUATED? Monthly visits

HAS THE PATIENT BEEN/WILL BE REFERRED TO ANOTHER PHYSICIAN? YES ____ NO X

IF YES, NAME & TELEPHONE NUMBER: ________

PLEASE LIST *ALL* MEDICATIONS WHICH YOUR PATIENT IS CURRENTLY TAKING: None

**WHEN DO YOU FEEL THIS PATIENT WILL BE ABLE TO RETURN TO HIS/HER USUAL WORK?**

[ ] *Estimated Date:* ________ [X] *Never*

**PLEASE INCLUDE RESTRICTIONS AND LIMITATIONS, IF APPLICABLE.**

**WHEN DO YOU FEEL THIS PATIENT WILL BE ABLE TO RETURN TO *ANY GAINFUL OCCUPATION?***

[ ] *Estimated Date:* ________ [X] *Never*

**PLEASE INCLUDE RESTRICTIONS AND LIMITATIONS, IF APPLICABLE.**

**PLEASE ATTACH ALL MEDICAL RECORDS ON THIS INDIVIDUAL INCLUDING: OFFICE AND TREATMENT NOTES, OBJECTIVE DIAGNOSTIC TEST RESULTS, AND CONSULTATIONS FROM THE DATE YOU DISABLED THEM TO THE PRESENT.**

| *Print or Type Doctor's Name/Degree:* Ron Margolis, MD | *Doctor's Signature:* [signature] | |
|---|---|---|
| *Street Address:* 191 Main St. | *Specialty:* Ophthalmology | *License #:* 04814 |

| *City:* | *State:* | *ZIP:* | *Telephone #:* | *Date Signed:* |
|---|---|---|---|---|
| Manchester | CT | 06042 | (860)646-7704 | 6/12/2020 |

EXT. 4 (2)-A

# DOCTOR'S STATEMENT

Please complete and return by fax to 866-683-9548 Attn: Maria Gonzalez

PATIENT: Marina Frolova

PRIMARY DIAGNOSIS: Blurry vision Left eye 20/50 due to cataract vision right eye 20/200, macular hole S/p MH surgery by Dr. Dombrow in 2017

CONCURRENT CONDITIONS: Blurry vision 20/50. Patient is monocular and has trouble with fine detailed work

OBJECTIVE FINDINGS: macular scars from previous surgery/repair with Dr. Dombrow

WHAT SYMPTOMS HAVE YOU OBSERVED WHICH PRECLUDE THIS PATIENT FROM WORKING? **PLEASE BE SPECIFIC.** Decreased vision causing patient to have trouble with fine detailed work

IS THE PATIENT EXPERIENCING ANY POST OPERATIVE COMPLICATIONS? yes

IF YES, PLEASE DESCRIBE THEM IN DETAIL: Scarring

WHAT IS THE CURRENT TREATMENT PLAN? **PLEASE BE SPECIFIC.** observation, patient advised to refrain from cataract surgery. Patient is monocular

IS THE PATIENT STILL UNDER YOUR CARE? YES [X] NO [ ]

HOW OFTEN IS THE PATIENT EVALUATED? monthly visits

HAS THE PATIENT BEEN/WILL BE REFERRED TO ANOTHER PHYSICIAN? YES ____ NO X

IF YES, NAME & TELEPHONE NUMBER: ____

PLEASE LIST *ALL* MEDICATIONS WHICH YOUR PATIENT IS CURRENTLY TAKING: None

**WHEN DO YOU FEEL THIS PATIENT WILL BE ABLE TO RETURN TO HIS/HER USUAL WORK?**

[ ] *Estimated Date:* ____ [X] *Never*

**PLEASE INCLUDE RESTRICTIONS AND LIMITATIONS, IF APPLICABLE.**

**WHEN DO YOU FEEL THIS PATIENT WILL BE ABLE TO RETURN TO *ANY GAINFUL OCCUPATION?***

[ ] *Estimated Date:* ____ [X] *Never*

**PLEASE INCLUDE RESTRICTIONS AND LIMITATIONS, IF APPLICABLE.**

**PLEASE ATTACH ALL MEDICAL RECORDS ON THIS INDIVIDUAL INCLUDING: OFFICE AND TREATMENT NOTES, OBJECTIVE DIAGNOSTIC TEST RESULTS, AND CONSULTATIONS FROM THE DATE YOU DISABLED THEM TO THE PRESENT.**

*Print or Type Doctor's Name/Degree:* Ron Margolis, M.D. *Doctor's Signature:* [signature]

*Street Address:* 191 Main St *Specialty:* Ophthalmology *License #:* 04814

*City:* Manchester *State:* CT *ZIP:* 06042 *Telephone #:* (860) 646-7704 *Date Signed:* 7/20/2020

EXT. 4 (1)

1. What part of your job is it that you cannot do because of your condition?

My job involves dimensional and tolerance inspection and visual inspection with the most microscope inspection of aircraft parts, , some of which are mission critical, meaning a failure of inspection can result a loss of life. As an inspector, I have to approve in process and final quality for that all those parts I have inspected meet the strict military specifications for parts called "MIL-STD" or "MIL-SPEC," A false certification exposes me and my employer to serious consequences, including loss of military contracts, substantial monetary losses, and even possible criminal liability.

1.1 Quality Inspection job requires vision 20/30, patient has OD: 20/400, OS: 20/60.

1.2 All of the Quality Inspector duties require vision inspection with microscope which is impossible with the retina scar on one eye – the blind spot from the scar blocks the full clear vision of the picture, created by both eyes together.

1.3 The ability to work with the gages – instruments requires clear vision of the very small digits, arrows, dials and especially the depth of measurement distance. The one eye vision can provide only 2D vision – flat, with no depth or distance perspective what makes the procedure of digital measurements impossible.

1.4 The visual acuity of the left – good eye is affected by cataract traces what makes the picture blurry. The shapes of the objects are not sharp, doubled, look unclear and unstable. I have difficulty focusing on one point even with my good eye because the other eye leads to blind or dark spots on the very center of my focal point. This also makes it difficult for me to write and read, particularly on computer screens, making any reading slow and error prone.

1.5 The blurry vision and the dark spots make all visual work fatiguing and causes painful headaches and right-eye pain after as little as 15 – 30 minutes of concentrating on reading, writing or computer work.

1.6 Any magnification instruments such as eyeglasses, screen magnification etc., could not help with cataract vision since this is a blurry and unclear vision problems with the eye lens and could be fixed only with cataract surgery by eye lens replacement. Further, magnification cannot help with the dark blind spots resulting from my retinal scars.

1.7 The test of my ability to see the small objects in the short distance was performed in the DMV on the vision test equipment, consisting of three column of digits that I had to read. I could read the left column, but the middle column was blurry and unclear, and I could not read the right column at all. While I do have some far distance vision, the right eye retina which is affected by Macula Hole Degeneration cannot provide the clear vision and makes my close vision very poor.

1.8 My driving ability is permitted only on daylights and restricted at dark time of the day by ophthalmologist note at 05.26.2020.

ExT. 4 (2)

2. What treatment are you receiving?

Retina Consultants / Dr. R Margulis – Sodium Chloride, Artificial tears drops.

Starling Physicians / Dr. A. Komm – neurologist- Nortriptyline HCL, 10mg:
Preventa migraine – 2pills/day
Coenzyme Q10 – 100-200 mg/day
Gregory Isenberg, MD/physician – Naproxen, 375mg 2 pills/day
Acyclovir, 400mg/day/
Manchester Ophthalmology/ Dr. D. Petashnick – cataract surgery on the left eye when the critical condition on the left eye vision will give the status of notability to drive. Meanwhile – artificial tears drops.

Natural Ophthalmics RX – Cataract Crystalling Lens, Homeopathic eye drops.

3. When was your last office visit / Next office visit?

Retina Consultant/ Dr. R Margulis – 06/12/20
Manchester Ophthalmology/ Dr. D. Petashnick – 11/30/20
Starling Physicians / Dr. A. Komm - 07/23/20

4. When do you expect to be able to return to work?

Retina Consultant/ Dr. R Margulis wrote in the statement that patient's vision condition – is not allowed to work because the retina scar and Macular Hole in right eye and cataract blurry vision in left eye. Patient retrained from the eye surgery on the left eye since there is a high percentage of risk to lose the vision on left eye either because the patient's brain has unpredictable reaction with anesthesia and she was awakened and moved her head during both eye surgeries. Troubles with anesthesia did already happen three time with patient's eye treatments for last three years.

Manchester Ophthalmology/ Dr. D. Petashnik – found the patient status as not available to work, and possible driving only daytime because patient's vision is 30/70 – with scars and Macular Hole and cataract traces growing. And there is no possible improvement with eyeglasses. But he did not guaranty the 100% success on the cataract surgery since the patient was awaken in 2018 in the right eye surgery and moved her eyeball during the lens installment. What caused problems during the surgery, extra multiple shots of anesthesia "to make patient forget about the moment", and for patient cause the Post Dramatic Syndrome, terrible headache and difficult brain condition for a week after surgery and migraine symptoms later.



203 891 7427 Meddry Ex. 4(3)

# Connecticut Retina Consultants, L.L.C.

Matthew Dombrow, M.D.
Meredith R. Gershon, M.D.
Wayne I. Larrison, M.D.
Nancy Miller-Rivero, M.D.
James M. Weisz, M.D.

| Name | Chart# | DOB | Race | Ethnicity | Pref. Language |
|---|---|---|---|---|---|
| Marina Frolova | 28135 | 12/19/1958 (61 Years) | Other Race | Not Hispanic or Latino | |

| Gender | Date | Location | Refer Doctor | PCP | Insurance |
|---|---|---|---|---|---|
| Female | 6/28/2017 | Hamden | Andrew Swan, MD | Aleksandr Pugach, MD | Connecticare |

**Reason For Visit:** Post-op Check -

**HPI:** CC: Blurred Vision OD. Since Last Visit: worsening. Severity: severe. Location: central vision. Onset: sudden. Duration of Problem: about 1 month. Course: worsening. Course: increasing this past week. CC: Discharge OD. Since Last Visit: improving. Severity: mild. Onset: sporadic. Duration of Problem: about 1 month. Course: resolved. CC: Yellow Spot turned Gray OD. Since Last Visit: worsening. Since Last Visit: increased. Since Last Visit: no changes noted. Severity: moderate. Location: central vision. Onset: sudden. Duration of Problem: about 1 month. Course: stable. Course: worsening. Course: increasing this past week. CC: Pain OD. Since Last Visit: new. Severity: moderate. Location: unable to localize - saying behind the eyeball. Onset: sudden. Duration of Problem: 1-2 days. Course: resolved - only happened once. HPI obtained by Matthew Dombrow, M.D.

**Allergies:** Alcogel. Milk Products.

**Smoking Status:** Never Smoker.

**Vital Signs:** Blood Pressure: 121/84. Time: 4:18 PM.

**Systemic Meds:** Aeycloit mg PO.

**VA OD:** Dsc10/100-1. PH10/75-1. **OS:** **IOP:** TP **OD:** 12,11,12 **OS:** 4:17 PM

FILE COPY

**Impression:**

**Primary:** Epiretinal Membrane with Pseudohole OD (/Lamellar Hole s/p PPV/MP/ILM Peel/EL/FAX 5/8/17). Vitreomacular Traction Syndrome OD.

**Secondary:** S/P Radial Keratotomy OU. Lamellar Macular Hole OD.

**Plan:**

**Discussion:** POW #8 s/p PPV/MP/ILM Peel/EL/ FAX: Anatomically her macula is much improved post opertively. However subjectively she reports worsening. I think it is most likely due to the chronicity of her ERM. We discussed the risks of Triescence to treat her minimal edema. She appears to be eager to try anything to improve her vision more. I will see her back in ~6 weeks and consider triescence. I specifically discussed the risk of endophthalmitis, steroid induced glaucoma, as well as worsening of her cataract. Epiretinal Membrane with Pseudohole OD (/Lamellar Hole s/p PPV/MP/ILM Peel/EL/FAX 5/8/17). Patient understands condition, prognosis and need for follow up care.Discussed risks/benefits and alternatives to surgery.Recommended surgery.Advised against air travel while intraocular gas bubble is present.Avoid strenuous activity after surgery. Protect eye at all times with shield or glasses for 2 weeks after surgery.Educational brochures given to patient.Letter/Note sent to Primary MD.

**Ocular Meds:**

- Prednisolone Acetate 1% Oph. Susp. 1 drop 4 times a day Right Eye
- Artificial Tears 1 drop as needed Both Eyes

**Follow Up:** Dr. Dombrow 6 Weeks - Check OD; Possible Intravitreal Triesence; OCT Macula OD;

**Signed:** M. Dombrow

Electronically signed by Matthew Dombrow, M.D.

EXT. 4(4)

SPECIMENS REMOVED:
None.

FLUIDS ADMINISTERED: Solu-Medrol 250 mg IV.

COMPLICATIONS: Possible retinal hole status post laser.

PROCEDURE: Ms. Frolova has had severe epiretinal membrane for the past few years. She finally chose to proceed with surgery. The goal of surgery is to improve her metamorphopsia as well as improve visual acuity, however, realistic expectations were discussed. Risks do include, but are not limited to, loss of the eye, loss of vision, cataract formation, retinal detachment, infection, etc. The patient understood and desired to proceed with surgery.

The patient was seen on the day of surgery, where again all questions were answered. The right eye was marked with their participation.

The patient was brought into the operating room, where a time-out procedure was performed. She was induced under MAC anesthesia and then a 5 cc retrobulbar block was given without any complication. The right eye was then prepped and draped in a sterile ophthalmic fashion. My 1st trocar was placed 4 mm posterior to the limbus inferotemporally using a beveled 23-gauge trocar. The infusion line was then flushed, placed, deemed to be in correct position, and then it was turned on and Steri-Stripped into place. Two additional sclerotomies were placed superonasally and superotemporally. I first performed an anterior vitrectomy without any complication.

I entered the posterior segment of the eye and found that the patient already did have a posterior vitreous detachment which I extended up to her mid periphery. It was quite adherent throughout her mid periphery, therefore I did extend it as much as safely possible, as I did not want to induce any undue traction. I performed a full pars plana vitrectomy, using scleral depression to bring it out peripherally as much as safely possible. Please note that during this time, I did inject Kenalog to help me visualize the vitreous a little bit better.

I next placed a dilute mixture of ICG into the posterior pole. After this, I placed on the macular lens, and using ILM forceps I removed the dense temporal epiretinal membrane which was a large sheet that came off in 1 piece without any complication. I next used ILM forceps to extend an ILM peel a little bit more temporally. She did not have any ILM really nasally as that was kind of dragged through and attached to the epiretinal membrane. During some of the peeling the patient had moved and the internal limiting forceps did hit the retina temporal to the fovea about 2 disk diameters away. There was intraretinal hemorrhage in this area which was very, very small and well contained, roughly 100 microns in size. I was unsure if there was a full-thickness retinal break. Just in the event that there possibly could have been I did decide to place less than 10 spots of endolaser just to surround this area of possible pathology. After this, I performed scleral depression and found there to be no peripheral retinal breaks.

Because the retinal anatomy was quite distorted, and because of the possible retinal break, I performed a fluid-air exchange, and left air inside the eye. All 3 of my sclerotomies were closed with interrupted 7-0 Vicryl sutures. At this point, the eye was completely air-tight with an intraocular pressure of roughly 18-20. I next injected subconjunctival Ancef as well as dexamethasone. Atropine solution was placed as well as Maxitrol ointment. A patch and shield were then affixed. The patient was then transported to the post anesthesia care unit in stable condition.

Ex 4 (5)

**Manchester Ophthalmology**
732 Main Street
Manchester, CT 06040-5106

| | | |
|---|---|---|
| **Name:** MARINA FROLOVA | | **Appt Date:** 06/18/2018 |
| **Attending Doctor:** DANIEL PETASHNICK, M.D. | | **Appt Type:** EVAL CAT |
| **Age:** 59 | **DOB:** 12/19/1958 | **Ref Doc:** MICHAEL MILLER, MD |
| **Sex:** F | **Pat ID:** 65936 | **Occupation:** |

RV: CATARACT MANAGEMENT <OU>

HPI/CC: cat eval--was dx by dr. miller in boston/sm self referred moved to CT from MASS

OHX: laser to correct vision in russia---monovision () [00/00/1992] OU retinal-mac hole () [] OD

Review of Systems:

| | | | |
|---|---|---|---|
| *Consti:* | no pertinent findings | *Integ:* | no pertinent findings |
| *ENT:* | no pertinent findings | *Neuro:* | no pertinent findings |
| *Cardio:* | no pertinent findings | *Psych:* | no pertinent findings |
| *Resp:* | no pertinent findings | *Endocr:* | no pertinent findings |
| *GI:* | no pertinent findings | *Hem/Lym:* | no pertinent findings |
| *Gen/Uri:* | no pertinent findings | *Immun:* | no pertinent findings |
| *Musc/Skel:* | no pertinent findings | | |

SocHX: Not Pertinent for smoking or drinking.
A COMPREHENSIVE review of systems was performed.
ALL: No medication allergies

FMX: Not Pertinent

MEDS: ACYCLOVIR TABLET ()()()()()() ()()
NAPROXEN TABLET ()()()()()() ()()
ZOLPIDEM TABLET ()()()()()() ()()
sample of Prolenza given to pt per LU. Lot# 291471 Exp 12/19 LM

EXAMINATION:
GENERAL MEDICAL OBSERVATION:Normal affect, Orx3, WDWN

---

VISION UNCORRECTED:Distance
OD:FC-2'
OS:20/50 -1Near OD:OS:
OS:20/50 -1Near

---

VISION CORRECTED:Near
OD:20/200
OS:20/50

---

GLASSES:Pair 1:
OD:-2.75 +0.50 X020 ADD-Reading:+2.00 Type: PROGRESSIVES
OS:+0.50 +0.75 X040 ADD-Reading:+2.50 Type: PROGRESSIVES

---

AMSLER GRID:
OD:Distorted
OS:Full, WNL

---

CONFRONTATION VF:
OD:Full to FC, WNL
OS:Full to FC, WNL

---

IOP:Test 1 /10:44 AM (DR. PETASHNICK)/
OD:14 mm Hg appl
OS:14 mm Hg appl

| Name: MARINA FROLOVA | DOB: 12/19/1958 | Appt Date: 06/18/2018 |
|---|---|---|

OD:14 mm Hg appl
OS:14 mm Hg appl

---

DILATION:/10:45 AM (DR. PETASHNICK)/
OD:M 1%
OS:M 1%

---

Pachymetry:
OD:Reading 1: 552 microns
OS:Reading 1: 568 microns

---

SMOKING:Never Smoked

---

MEDS RECONCILIATION:Medications reconciliation performed

---

**OD:**
Ext: UNREMARKABLE
Pupils: PERRLA, -MG
EOM: FULL ROTS, ORTHO
VF Conf: FULL
Lid/Lac: UNREMARKABLE
Cnj/Scl: WHITE & QUIET
AC: DEEP & QUIET
Iris: CLEAR
Lens: Nuclear sclerosis 4+
Fun: VITREOUS NORMAL
Fun: PINK W NORMAL CUPPING
Fun: BV NORMAL
Fun: MACULA NORMAL
Fun: RET CHOROID NORMAL
Fun: PERIPH RET NORMAL, NO TEARS

**OS:**
Ext: UNREMARKABLE
Pupils: PERRLA, -MG
EOM: FULL ROTS, ORTHO
VF Conf: FULL
Lid/Lac: UNREMARKABLE
Cnj/Scl: WHITE & QUIET
AC: DEEP & QUIET
Iris: CLEAR
Lens: Nuclear sclerosis, 2+
Fun: VITREOUS NORMAL
Fun: PINK W NORMAL CUPPING
Fun: BV NORMAL
Fun: MACULA NORMAL
Fun: RET CHOROID NORMAL
Fun: PERIPH RET NORMAL, NO TEARS

C/D:
OD:0.1
OS:0.1

---

IMPRESSION:

1. OD SP RK
2. OD Nuclear sclerosis 4+
3. OS SP RK
4. OS Nuclear sclerosis, 2+

PLAN:

SCHEDULE SURGERY-CATARACT SURGERY (OD) NEXT AVAILABLE DATE-BLOOMFIELD SURGERY CENTER (DR. PETASHNICK)
Nuclear sclerosis 4+ OD-I discussed with the patient the risks, benefits, and alternatives to cataract surgery including the loss of all vision. I also reviewed the option of a standard monofocal lens with uncorrected distance vision, the option of a standard monofocal lens with uncorrected near vision, monovision, and multifocal lenses. I described the benefits and risks of each of these lens modalities. In light of theprevious retinal surgery, I reviewed the possibility of post-op decreased vision, metamorphopsia, increased risk of CME, the increased risk for capsular rupture, and the pssibilty of unexpected refractive error results. In light of her history of Rk we discussed that the calculationscan be off the mark and that her incisions can swell causing fluctuationof her vision for 4-6 weeks.

Electronically signed by DANIEL PETASHNICK, M.D. on 06/18/2018

EXT. 5 (1)

RELIANCE STANDARD
LIFE INSURANCE COMPANY
A MEMBER OF THE TOKIO MARINE GROUP

P.O. Box 8330
Philadelphia, PA 19101-8330
(800) 351-7500
Fax (267) 256-4262

July 2, 2020

Zeldes Needle & Cooper PC
Attorney David Rintoul
1000 Lafayette Boulevard
Suite 700
Bridgeport, CT 06897

Re: Claimant: Marina Frolova
Policy No: LTD 127997
Claim No: 2020-06-29-0402-LTD-01
Policyholder: Kaman Corporation

Dear Marina Frolova:

We wish to express our appreciation for your cooperation during our review of your claim for long term disability benefits. We have now completed our investigation. The group policy required us to investigate whether your Sickness or Injury was a Pre-existing Condition. Unfortunately, based upon our review, your claim must be denied.

**Claim History**

- *LTD Coverage Enrollment Date: 1/1/20*
- *Onset of disability: 1/8/20*
- *Diagnosis: Right eye macular hole and cystoid macular edema on right eye.*

**Plan Provisions**

The group policy defines the Pre-existing Condition exclusion as follows:
*"Pre-Existing Condition" means any Sickness or Injury for which the Insured received medical Treatment, consultation, care or services, including diagnostic procedures, or took prescribed drugs or medicines, during the six (6) months immediately prior to the Insured's effective date of insurance.*

*Benefits will not be paid for a Total Disability:*
*(1) caused by;*
*(2) contributed to by; or*
*(3) resulting from;*
*a Pre-existing Condition unless the Insured has been Actively at Work for one (1) full day following the end of twelve (12) consecutive months from the date he/she became an Insured.*

**Medical and File Information Reviewed**

EXT. 5(2)

Based upon the information obtained, your insurance under this policy became effective 1/1/20. Since your date of disability was reported to be 1/8/20, within 12 months of your insurance effective date, the policy requires that we conduct a pre-existing condition investigation. During the course of that investigation, we obtained medical records for the 6 month period immediately prior to your effective date (7/1/19-1/1/20) to determine whether your Sickness or Injury was Pre-existing and therefore excluded from coverage under this policy.

You have been out of work since 1/8/20 due to right eye macular hole and cystoid macular edema on the right eye.

The attending Physician Statement signed by Dr. Margolis provided a diagnosis of right eye macular hole and cystoid macular edema on the right eye. Your first consultation was on 12/11/19.

On 11/21/19, Dr. Isenberg indicated that you had intermittent headaches since right eye surgery and reported a lot of stress and difficulty at your work due to poor right eye vision. You were to follow up with ophthalmology but declined therapy for stress. The 12/9/19 visit notes indicated that your headaches were likely related to stress. You continued to have ongoing difficulty with right eye vision.

On 12/11/19, Dr. Margolis indicate that you were seen as a new patient due to right eye vision distortion, visual acuity right 20/200 and left 20/40. The physical exam revealed right eye had trace cystoid macular edema. It was noted that you repaired the macular hole in your right eye three years earlier and currently the hole was closed.

**Decision Rationale**

On 7/1/20 the medical unit reviewed the file and concluded that you were out of work due to right eye vision distortion attributed to irreversible damage from the macular hole. You consulted with Dr. Isenberg on 11/21/19 regarding right eye vision and you were advised to follow up with ophthalmology. On 12/11/19, you consulted with ophthalmology (Dr. Margolis) regarding right eye vision distortion and you were advised that your vision may be limited by irreversible damage from macular hole and no further treatment would help.

As a result, it was determined that your right eye vision distortion, which is attributed to irreversible damage from macular hole, is pre-existing.

Our investigation has revealed that you received medical treatment, consultation, care or services, or took prescribed drug or medicine during the period (7/1/19-1/1/20) for your disabling condition. Accordingly, your right eye macular hole and cystoid macular edema on the right eye are considered to be Pre-existing and your claim for LTD benefits must be denied. We sincerely regret that our decision could not be more favorable.

**Appeal Rights**

You may request a review of this determination by submitting your request in writing to:

Reliance Standard Life Insurance Company
Quality Review Unit
P.O. Box 8330
Philadelphia, PA 19101-8330

EXT. 5(3)

This written request for review must be submitted within 180 days of your receipt of this letter. Your request should state any reasons why you feel this determination is incorrect, and should include any written comments, documents, records, or other information relating to your claim for benefits, including but not limited to any information submitted in conjunction with any claim for Social Security disability or other benefits which you would like us to consider. Only one review will be allowed, and your request must be submitted within 180 days of your receipt of this letter to be considered.

Any such review will be conducted by an individual who is neither the individual who made the underlying determination that is the subject of the review, nor the subordinate of such individual. Under normal circumstances, you will be notified in writing of the final determination within 45 days of the date we receive your request for review. If we determine that special circumstances require an extension of time for processing, you will ordinarily be notified of the decision no later than 90 days from the date we receive your request for review.

We will, upon specific request and free of charge, provide copies of all documents, records, and/or other information relevant to your claim for benefits. We will also, upon specific request and free of charge, provide copies of any internal rule, guideline, protocol or other similar criterion (if any) relied upon in making this determination.

In the event that your claim is subject to the Employee Retirement Income Security Act of 1974 ("the Act"), you have the right to bring a civil action under section 502(a) of the Act following an adverse benefit determination on review. Your failure to request a review within 180 days of your receipt of this letter may constitute a failure to exhaust the administrative remedies available under the Act, and affect your ability to bring civil action under the Act.

Nothing in this letter should be construed as a waiver of any of Reliance Standard Life Insurance Company's rights and defenses under the above policy, and all these rights and defenses are reserved to the Company, whether or not specifically mentioned herein.

If you have any questions regarding this matter, please feel free to contact us at 1-800-351-7500.

Sincerely,

*Jocelyn Alvarado*

Jocelyn Alvarado
LTD Claims Department

Sincerely,

*Jocelyn Alvarado*

Jocelyn Alvarado
LTD Claims Department

EXT. 6(1)

Fuzing & Precision Products

Kaman Precision Products
*A Division of Kaman Aerospace Corporation*
217 Smith Street
Middletown CT 06457

P 860-632-1000

www.kaman.com/aerospace/fuzing-precision-products

August 20, 2020

Marina Frolova
391-12 Adams Street
Machester, CT 06042

Dear Marina:

In accordance with Kaman's Short Term Disability Policy KFZ-111, an employee who is totally disabled and on STD for a period longer than six (6) months from the initial effective date of the disability, will be terminated from employment as being "unavailable for work". We have confirmed with Matrix Absence that your benefit period for STD ended on July 7, 2020. Since your doctor has provided confirmation that you are unable to return to work prior to or on the end of this period, your employment with Kaman will be terminated effective Friday, August 21, 2020.

The following is important information regarding the impact your termination will have on the benefits that have been provided to you as an employee. As of the date of this letter, you have 61.20 hours of unused accrued vacation. Any vacation time taken between the date of this letter and your termination date will be deducted from this balance and the remainder will be paid to you on September 3, 2020.

Your Group Medical/RX, Dental and Vision insurance will end effective August 21, 2020. Under the federal COBRA laws you are eligible to continue your group insurance for up to 18 months. A formal COBRA notice and applicable paperwork will be mailed to you directly by Bswift for continuation of these benefits. ***Please be aware that you only have a 60 day period to complete and return the necessary paperwork if you wish to elect COBRA coverage.***

Your Group Term Life and AD&D Insurance under Reliance Standard will also end effective August 21, 2020. You may have the option to convert or port your coverage. Enclosed please find applications for both the conversion of Group Life Insurance and the Election of Portability, along with a Benefits and Features Comparison for both options.

Our records show that you are enrolled in the Kaman Corporation 401K Plan administered by Fidelity Investments. Outstanding loans must be paid within 30 days from date of termination. You will receive information directly from Fidelity concerning your eligibility to maintain your account in the Kaman plan, roll your funds to another qualified plan, tax deferred account or request a distribution of your funds. If you do not receive a packet with this information from Fidelity within the next 4 weeks, please contact them at 800-835-5095 or access them online at www.401k.com to discuss your options.

If you participate in the Kaman Employees Stock Purchase Plan (ESPP), you will receive information from Computershare about your stock options. You may also access your account and request a certificate or sell your shares by accessing the Kaman ESPP website www.computershare.com/kaman or by contacting the toll free number 866-339-2742.

Please contact me if there are any changes to your mailing address so that you continue to receive documents and relevant information from Kaman Corporation and its external benefits' administrators.

If you have any questions regarding the above information or other employee benefits, please call me at 860-632-4624.

Sincerely,

*Mariah Lewis*

Mariah Lewis
Human Resources Team Leader
860-632-4624 (Office)
860-638-8205 (Mobile)

EXT 6 (2)

STATE OF CONNECTICUT - DEPARTMENT OF LABOR

UC-61 (Rev.5/21/03)

IMPORTANTE: TENGA ESTO TRADUCIDO INMEDIATAMENTE

# SECTION F - UNEMPLOYMENT NOTICE

## INSTRUCTIONS TO EMPLOYER:

**It is your responsibility to give this entire packet to the separating employee at the time of separation, regardless of the reason for separation (see Section L below).** If it is not possible to give this packet to the employee at the time of separation, then mail the packet to the employee's last known address.

- DO NOT send a copy to the Department of Labor.
- DO NOT use this packet for a temporary lay-off. For temporary lay-off (six weeks or less in duration) use form UC-62V.

**PLEASE BE SURE THAT ALL THE INFORMATION ENTERED BELOW IS CORRECT**

| A. EMPLOYER CONNECTICUT REGISTRATION NUMBER (if unsure, call Employer Status Unit at 860-263-6550. all other questions should be directed to Claims Exam at 860-263-6635) | 9 | 0 | - | 8 | 7 | 9 | - | 8 | 0 |
|---|---|---|---|---|---|---|---|---|---|

**B. COMPANY NAME** Kaman Aerospace Corporation – Kaman Precision Products Division

**C. COMPANY ADDRESS:** ***Please note: all fact finding hearing notices will be sent to this address.***

217 Smith Street
Middletown, CT 06457

| D. EMPLOYEE NAME | Frolova, Marina | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| E. SOCIAL SECURITY NUMBER | x | x | x | | x | x | - | 8 | 1 | 0 | 4 |
| F. NCCI CODE (for use only if this employee was employed in a CONSTRUCTION TRADE) | | | | | | | | | | |

| G. START DATE | 07 | 02 | 18 | H. LAST DAY WORKED | 08 | 21 | 20 | I. RETURN TO WORK DATE (if definite) | N/A | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| J. YEAR TO DATE EARNINGS | $ 20160.44 | K. WAGES FOR THE LAST WEEK OF WORK IF LESS THAN A FULL WEEK (Sunday - Saturday) | $ 0.0 |
|---|---|---|---|

**L. REASON FOR UNEMPLOYMENT**
- ☐ Lack of Work
- ☐ Voluntary Leaving
- ☐ Discharge/ Suspension
- ☐ Leave of Absence
- ☒ Other ___Unavailable for Work – STD Exhausted

**M. DID OR WILL THIS EMPLOYEE RECEIVE DISMISSAL PAY (i.e. TYPE: 1. SEVERANCE, 2. VACATION, 3. HOLIDAY, 4. OTHER) AFTER LAST DAY OF WORK?** ☒ **YES** ☐ **NO**

| If yes, what type? | No. of hours/days covered | Amount | Dates Covered |
|---|---|---|---|
| Vacation | 61.20 | $1,432.80 | N/A |
| | | | |
| | | | |
| | | | |

| EMPLOYER SIGNATURE | [signature] | TITLE | HR Team Leader | DATE | 08/19/2020 |
|---|---|---|---|---|---|
| TELEPHONE NUMBER | 860-632-4624 | FAX NUMBER | | | |

EXT. 6(3)

MARINA FROLOVA

# Your Benefits as of 8/21/2020

## Medical/Rx

Employee cost per pay period **$207.22**

Freedom (Freedom)

Coverage: **Employee**
Coverage Effective Date: **1/1/2020 - 12/31/9999**
Cost Effective Date : **1/1/2020 - 12/31/2020**

Cost Details Per Pay Period

| | |
|---|---|
| Employer Contribution | $237.92 |
| Tobacco Credit 2020 | ($23.08) |
| Your cost (pre-tax) | $207.22 |
| Your cost (post-tax) | $0.00 |

Who will be covered on this plan

| Name | Relationship | Coverage | Effective Date |
|---|---|---|---|
| MARINA FROLOVA | Employee | Covered | 1/1/2020 - 12/31/9999 |

## Health Savings Account (HSA)

Waived

Waived

## Health Care Flexible Spending Account (FSA)

Waived

Waived

## Dependent Care Flexible Spending Account (FSA)

Waived

Waived



EXT 6(4)

DEPARTMENT OF LABOR
EMPLOYMENT SECURITY DIVISION
200 FOLLY BROOK BOULEVARD ■ WETHERSFIELD, CT 06109-1114

*IMPORTANTE*
*TENGA ESTO TRADUCIDO INMEDIATAMENTE*
*TIEMPO LIMITADO PARA APELAR*

**MONETARY DETERMINATION OF UNEMPLOYMENT COMPENSATION BENEFITS**

FROLOVA,MARINA M
391 ADAMS ST APT 12
MANCHESTER CT 06042

| 1. SOCIAL SECURITY NO. | 2. CLAIMANT NAME | PROGRAM | 3. BENEFIT YEAR EFFECTIVE DATE | ENDING DATE | 4. L.O. NO. | 5. DATE MAILED |
|---|---|---|---|---|---|---|
| XXX-XX-8104 | FROLOVA,MARINA M | U | 08/09/2020 | 08/07/2021 | 0060 | 08/14/2020 |

| 6. EMPLOYER NO. | EMPLOYER NAME | WAGES QTR/YR 2 2019 | WAGES QTR/YR 3 2019 | WAGES QTR/YR 4 2019 | WAGES QTR/YR 1 2020 |
|---|---|---|---|---|---|
| 90-879-80 | KAMAN AEROSPACE CORP | 15362.57 | 12708.44 | 14330.05 | 7638.40 |

| 7. BASE PERIOD | 8. BASE PER. EARN. | 9. AVG 2 HIGHEST QTR | 10. # | DEPENDENCY AMT. | | 11. WBR. | | 12. WBA. | 13. MAX. BEN. | 14. # WEEKS |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/01/2019 TO 03/31/2020 | 50039.46 | 14846.31 | 0 | 0 | + | 571 | = | 571 | 14846 | 26 |

## READ THIS EXPLANATION OF YOUR DETERMINATION CAREFULLY

Your benefit amounts are based on your earnings in covered employment in a base period which consists of the first four of the five most recently completed calendar quarters prior to the date of your claim. Your "Weekly Benefit Rate" (WBR) is 1/26 of the **AVERAGE 2 HIGHEST QUARTER** during the base period. The maximum amount of benefits (MAX BEN) payable is equal to twenty-six (26) times your Weekly Benefit Rate (WBR). The WBR is calculated on an annual basis and is effective as of the first Sunday in October in each year per CGS 31-231a. To view the current maximum WBR, please go to www.filectui.com. Your total base period base earnings (BASE PER EARN) must equal at least 40 times your Weekly Benefit Rate (WBR) in order to qualify for benefits. Dependency Allowance (DEP) is based on the number of children who are under 18 years of age, or under 21 years of age and are in full-time attendance in a secondary school, a technical school, a college or state accredited job training program who are wholly or mainly supported by you, or those of any age who because of a mental or physical handicap are wholly or mainly supported by you. It can also include your nonworking spouse (as defined by regulation) living in the same household.
This represents the total regular benefits available to you in your benefit year provided you continue to be unemployed, file claims as directed and meet all the eligibility requirements of the law. Notice is hereby provided that ANY ENTITLEMENTS ESTABLISHED BY THIS DETERMINATION SHALL NOT EXTEND BEYOND THE BENEFIT YEAR ENDING DATE SHOWN ON THIS FORM.
This form is a record of the earnings and time period used in computing your claim. IT DOES NOT ENSURE THAT BENEFITS WILL BE PAID. Entitlement to Unemployment Compensation is determined by the Department of Labor. If you wish an explanation of entitlement, or have any questions concerning the contents of this notice, please go to www.filectui.com and click on Claimant's Guide to Unemployment Benefits or you may also visit your local American Job Center.
The information provided to the Connecticut Department of Labor for the purpose of establishing a claim for Unemployment Compensation Benefits, including your Social Security Number, may be subject to verification through computer matching programs, such as with the Social Security Administration, according to agreements with other Federal, State, or Local government agencies.
This determination shall be final unless you shall, within twenty-one (21) days after the date of mailing of this notification, file an appeal at a local Dept. of Labor office. If the last day for filing an appeal falls on any day when the local Dept. of Labor offices are closed, the appeal period will be extended to the next business day. PLEASE NOTE: To be timely filed, your appeal must be received by this Department or legibly postmarked by the U.S. Postal Service no later than the final day. In the event of error, or if you are dissatisfied with this determination, report to your local Dept. of Labor office with this form as soon as possible. If unable to report in person, you may mail your appeal; however, it must be received or legibly postmarked by the final day. If you have pay stubs, W-2 forms or other proof of earnings, bring them with you or mail copies of them with your appeal. Include your Social Security Number on all correspondence.

EXT. 7 (1)

NOTICE OF DECISION
UC-791 (R 1/98)

# STATE OF CONNECTICUT

DEPARTMENT OF LABOR
EMPLOYMENT SECURITY DIVISION

3580 MAIN STREET
HARTFORD, CT. 06120
FAX: (866) 754-1410

07010

Bye: 08/07/2021

Date Mailed: 09/15/2020

Soc. Sec. No.: XXX-XX-8104

Claim Date: 08/15/2020

FROLOVA,MARINA M
391 ADAMS ST APT 12
MANCHESTER CT 06042 0000

Employer No.:

Include your name and social security number in any correspondence.

If you have any questions regarding this decision, please bring this letter with you when reporting to your local office.

**Dear Sir or Madam:**

SINCE YOU ARE NOT PHYSICALLY ABLE TO WORK BECAUSE OF YOUR MEDICAL CONDITION YOU ARE NOT ELIGIBLE FOR BENEFITS. YOUR PERIOD OF INELIGIBILITY IS FROM AUGUST 09 2020 TO SUCH TIME AS THE ABOVE DESCRIBED REASON FOR INELIGIBILITY NO LONGER EXISTS. IF CIRCUMSTANCES HAVE CHANGED, PLEASE CONTACT THE ADJUDICATIONS DEPARTMENT AT THE TELEPHONE NUMBER FOUND AT THE TOP OF YOUR HEARING NOTICE.

UNEMPLOYMENT COMPENSATION DEPARTMENT.

## IMPORTANT NOTICE OF YOUR APPEAL RIGHTS:

**IMPORTANTE-TENGA ESTO TRADUCIDO INMEDIATAMENTE - TIEMPO LIMITADO PARA APELAR.**

This decision shall be final and benefits shall be denied accordingly unless, within twenty-one (21) calendar days after the date of mailing of this notification, you file an appeal in person, by mail, by fax or by internet (http://www.ctdol.state.ct.us) with any Unemployment Compensation or Appeals Division's office. If the last day for filing an appeal falls on any day when such offices are closed, the appeal period will be extended to the next business day. You may obtain assistance in filing an appeal through your local Job Center. Further information regarding the the appeals process is contained in your copy of A CLAIMANT'S GUIDE. **If you appeal this decision, you should continue to file your claims as directed while unemployed to protect your benefit rights.**

PLEASE NOTE: Notify your attorney of this decision immediately if you have legal representation in this matter. To be timely filed, your appeal must be received by the Employment Security Division or postmarked no later than 10/06/2020.

Department of Labor Website | State of Conne
Para Reclamo Solament

**MPORTANT NOTE TO WEEKLY CONTINUED CLAIMS FILERS ONL**

Please be sure to answer YES to question 1 on your weekly claim. Due to the COVID-19 pandemic, the Commissioner has waived the requirement to look fo work. If you answer no, your benefits will be stopped.

Important updates on federal supplemental programs.

lease note: We recommend using the Firefox browser when filing for Lost Wage ssistance (LWA) benefits. During peak certification times, this browser may hel avoid technical issues.

EXT 7(2)

EXT. 8

Social Security Administration
**Supplemental Security Income**
Notice of Disapproved Claim

SOCIAL SECURITY
478 BURNSIDE AVENUE
EAST HARTFORD CT 06108

Date: April 14, 2020
BNC#: 20S1652H10979 DI

0015332 00020783 2 AB 0.419 SN6LNA T85 P4
SSI M08 04/07 A23 20S1652H10979
MARINA M FROLOVA
391 ADAMS STREET
APT 12
MANCHESTER CT 06042-2763

Your application for Supplemental Security Income (SSI) disability benefits filed on February 19, 2020, is denied because you have too much income to be eligible for SSI.

We explain how we decided you are not eligible for monthly payments on the worksheets at the end of this letter. The explanation shows how your income, other than any SSI payments, affects your SSI eligibility.

The rest of this letter explains the information used in making the decision, information about Medicaid, and your appeal rights.

**Information Used In Making The Decision**

We based the decision on these facts:

- The amount of SSI we pay depends on your living arrangements. Your living arrangements are where you live, with whom you live, and how your food and shelter expenses are paid. Based on the information we have, your Federal living arrangement is:

  -- Category A for February 2020 on

  Please see the enclosed "Fact Sheet on SSI Federal Living Arrangement Categories" for a description of this Federal living arrangement category and others.

- We use income to figure your eligibility and payments. By law, we use different rules to count your income based on what kind of income you have and when you receive it.

See Next Page